**FILED**
FEB 11 2010
Feb. 11, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **10 CR 0112** |
| v. ) | |
| ) | Violation: Title 29, United States |
| PAMELA WILLIAMS ) | Code, Section 501(c) |

JUDGE MAY ST. EVE

MAGISTRATE JUDGE SCHENKIER

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

    (a) Service Employees International Union Local 880 ("the Union") was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and (j).

    (b) Defendant PAMELA WILLIAMS was an employee of the Union, specifically the Union's Travel/Procurement Coordinator. In her capacity as the Union's Travel/Procurement Coordinator, defendant PAMELA WILLIAMS had access to Union funds through Union credit cards and Union corporate accounts. Defendant PAMELA WILLIAMS had authority to make charges on Union credit cards and Union corporate accounts on behalf of the Union, for Union matters only.

2. From on or about October 16, 2007, until on or about February 20, 2008, at Chicago, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division,

PAMELA WILLIAMS,

defendant herein, embezzled, stole, and unlawfully and willfully abstracted and converted to her own use and the use of another moneys and funds of a labor organization, namely, the Union, of which she was employed in the approximate amount of $6,080;

In violation of Title 29, United States Code, Section 501(c).

UNITED STATES ATTORNEY